UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED CARRILLO,<br><br>          Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>          Defendant. | Case No. 14-cv-05209-JD<br><br>**ORDER OF TRANSFER** |

      This is a civil rights case brought pro se by a state prisoner. Plaintiff states that correctional officers are harassing him at Chuckwalla State Prison. Chuckwalla State Prison lies within the venue of the United States District Court for the Central District of California. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

      This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a).

      **IT IS SO ORDERED**.

Dated: March 9, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED CARRILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　Defendant. | Case No.  14-cv-05209-JD<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on 3/9/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fred  Carrillo ID: CDC # AS-0203
CVSP Bldg C7-1-3 LOW
P.O. Box 2349
Blythe, CA 92226

Dated: 3/9/2015

　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


By _/s/ Lisa R. Clark_ _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO